Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. James J. Danaher, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Kasimer Rodziewicz, appellee, v. Katherine Pawlak and Joseph Pawlak, appellants. Gen. No. 27,608.

Action upon an appeal bond. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922.

E. M. Seymour, for appellants. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Alexander White, appellant, v. Joseph Wolf and James E. Pepper Distilling Company, appellees. Gen. No. 26,461.

Suit asking for the appointment of a receiver for a corporation, for marshaling of assets and their distribution among creditors and stockholders, and that a resolution ordering the issuance of stock to defendant Wolf be declared void and the certificate ordered delivered up by him. Answer, and cross-bill alleging that stock held by complainant belonged to defendant Wolf and asking that complainant be restrained from disposing of such stock and that Wolf be decreed the owner. Bill dismissed and relief granted on the cross-bill. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed December 11, 1922. Certiorari denied by Supreme Court (making opinion final).

D. K. Tone and Gabriel J. Norden, for appellant; McCormick, Kirkland, Patterson & Fleming and Morse Ives, of counsel. Newman, Poppenhusen, Stern & Johnston and Charles V. Barrett, for appellees; Jacob Newman, Edward R. Johnston, Charles V. Barrett and Henry Jackson Darby, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Francis W. McNamara, appellee, v. London Guarantee & Accident Company, appellant. Gen. No. 27,269.

Suit for reformation of certain contracts and for an accounting. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922. Certiorari denied by Supreme Court (making opinion final).

F. J. Canty and Landon & Holt, for appellant; Robert N. Holt, of counsel. Willard M. McEwen and George F. Mulligan, for appellee; George F. Mulligan, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

First National Bank of Allegan, Michigan, defendant in error, v. Frank M. McKey et al. Philip Dray, plaintiff in error. Gen. No. 27,450.

Suit against trustees of bankrupt estates praying that complainant be declared the owner of certain notes and for an injunction. Pre-

liminary injunction issued and decree entered on the master's report for complainant. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Levisohn & Levisohn, for plaintiff in error. Morris K. Levinson, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Vincent Milavich, appellee, v. William Hale Thompson, mayor, and Age Zylstra, city collector, appellants. Gen. No. 27,515.**

Petition for mandamus to compel restoration of a license to operate a garage. Writ issued. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Samuel A. Ettelson, for appellants; Albert Henry Veeder, of counsel. Frank Comerford, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Sam Arado, appellee, v. White Construction Company and White Paving Company, appellants. Gen. No. 27,666.**

Action for damages caused by the breaking of plaintiff's windows by crushed stone negligently dropped in the street by defendants' employees and thrown against the windows by a passing pneumatic tired vehicle. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Montgomery, Hart & Smith, for appellants; Irving Herriott, of counsel. Joseph H. Hinshaw, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**George W. Underwood, appellee, v. W. K. Young, appellant. Gen. No. 27,685.**

Action for services in representing defendant before the board of review. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Robert M. Pierson, for appellant. Underwood, Stevens & Timm, for appellee; John S. Stevens, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**John H. Bach, administrator of the estate of Raymond H. Bach, deceased, appellant, v. Joseph Scholl, Sr., appellee. Gen. No. 27,704.**

Action by appellant for negligent death caused by an automobile operated by defendants. Judgment for plaintiff against one defendant and that plaintiff take nothing as to the other defendant. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Walther & Lanaghen and Walter S. Hull, for appellant. Thomas F. Burke, for appellee; James V. Cunningham, of counsel.

Mr. Justice Matchett delivered the opinion of the court.